**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of  Arizona
(State)

Case number (if known): _____   Chapter  11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**  Gilbert Hospital, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   20-0382265
   EIN

5. **Debtor's address**

   Principal place of business:

   5656 South Power Road
   Number    Street

   Gilbert        AZ    85295
   City          State  ZIP Code

   Maricopa
   County

   Mailing address, if different:

   Number  Street

   P.O. Box

   City    State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number  Street

   City    State  ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor  Gilbert Hospital, LLC                Case number (if known) _____

6. Debtor's website (URL)  _____

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:
   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
   ☐ No
   ☐ Yes. Debtor  Florence Hospital at Anthem, LLC   Relationship  Affiliate
   District _____  Date filed ___/___/_____  Case number, if known  13-03201-BMW

   Debtor  Florence Hospital at Anthem, LLC   Relationship  Affiliate
   District _____  Date filed ___/___/_____  Case number, if known  18-04537

## Part 3: Report About the Case

10. Venue

    Check one:
    ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?
    ☐ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

Case 2:18-bk-04557-BMW   Doc 1   Filed 04/25/18   Entered 04/25/18 16:33:07   Desc
Main Document   Page 2 of 4

Debtor  Gilbert Hospital, LLC        Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GH Unsecured Creditors Trust | Contract Obligation - GH Admin Subsidy | $60,000 |
| Timothy Johns | 409(a) Claim, Administrative claim, Post-petition wage | $1,689,103.75 |
| Moyes, Sellers & Hendricks | Assignment of Pre-petition claim | $161,777 |
| | Total of petitioners' claims | $1,910,880.75 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

GH Unsecured Creditors Trust
Name c/o Brinkman Portillo Ronk, APC
4333 Park Terrace Dr, Ste 205
Number  Street
Westlake Village    CA    91361
City                State  ZIP Code

Name and mailing address of petitioner's representative, if any

David Gottlieb, Creditor Trustee
Name
17000 Ventura Blvd, Ste 300
Number Street
Encino            CA    91316
City              State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/13/2018
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Daren R. Brinkman
Printed name

Brinkman Portillo Ronk, APC
Firm name, if any

4333 Park Terrace Dr, Ste 205
Number  Street
Westlake Village   CA   91362
City               State ZIP Code

Contact phone (818) 597-2992   Email Firm@brinkmanlaw.com

Bar number 158698

State California

X _____
Signature of attorney

Date signed 4/12/2018
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual           page 3

Case 2:18-bk-04557-BMW    Doc 1   Filed 04/25/18   Entered 04/25/18 16:33:07   Desc
Main Document      Page 3 of 4

Debtor: Gilbert Hospital, LLC

Case number (if known): _____

**Name and mailing address of petitioner**
Name: Timothy Johns
Number Street: 8020 E. Palm Lane
City: Mesa   State: AZ   ZIP Code: 85207

**Name and mailing address of petitioner's representative, if any**
Name: Keith L. Hendricks,
Number Street: 1850 N. Central, Ave., Suite 1100
City: Phoenix   State: AZ   ZIP Code: 85004

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/13/2018

X _____ (signature)
Signature of petitioner or representative, including representative's title

Printed name: Keith L. Hendricks
Firm name, if any: Moyes Sellers & Hendricks
Number Street: 1850 N. Central ave., Suite 1100
City: Phoenix   State: AZ   ZIP Code: 85004
Contact phone: 602-604-2120   Email: Khendricks@law-msh.com
Bar number: 012750
State: AZ

X _____ (signature)
Signature of attorney
Date signed: 4/13/2018

---

**Name and mailing address of petitioner**
Name: Moyes Sellers & Hendricks
Number Street: 1850 N. Central ave., Suite 1100
City: Phoenix   State: AZ   ZIP Code: 85004

**Name and mailing address of petitioner's representative, if any**
Name: Keith L. Hendricks
Number Street: 1850 N. Central Ave., Suite 1100
City: Phoenix   State: AZ   ZIP Code: 85004

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 4/13/2018

X _____ (signature)
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____   State: _____   ZIP Code: _____
Contact phone: _____   Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney
Date signed: _____